**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**FORT MYERS DIVISION**

UNITED STATES OF AMERICA

-vs-  Case No.: 2:11-cr-3-FtM-36SPC

DALLAS STOCKWELL

_____

**ORDER**

This matter comes before the Court on the Petition for Action on Conditions of Pretrial Release (Doc. #32) filed on May 25, 2011. Pretrial Services filed a Memorandum indicating the Defendant has violated the terms and conditions of pretrial release by testing positive for Oxycodone and failing to report for a scheduled urinalysis testing. As a result, on May 23, 2011, the District Court issued a warrant for the arrest of the Defendant. Based upon the allegations outlined in the Petition, the Court finds the Defendant shall be detained because the Defendant is unlikely to abide by conditions of release.

Accordingly, it is now

**ORDERED** that the Defendant's bond is hereby revoked, and that she shall be detained in the custody of the U.S. Marshals Service pending further hearing.

**DONE AND ORDERED** at Fort Myers, Florida, this   25th   day of May, 2011.

*Sheri Polster Chappell*
SHERI POLSTER CHAPPELL
UNITED STATES MAGISTRATE JUDGE

Copies: All Parties of Record